# United States Court of Appeals
# for the Fifth Circuit

───────────────

United States Court of Appeals
Fifth Circuit

**FILED**
May 19, 2023

Lyle W. Cayce
Clerk

No. 22-50744
Summary Calendar

───────────────

United States of America,

*Plaintiff—Appellee*,

*versus*

Joshua Rojero,

*Defendant—Appellant*.

───────────────────────────────

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:21-CR-146-4

───────────────────────────────

Before Wiener, Elrod, and Engelhardt, *Circuit Judges.*

Per Curiam:[*]

The attorney appointed to represent Joshua Rojero has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Rojero has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's

───────────────────────────

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-50744

assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.